PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
8:25-CR-00051-SRM-1

DOCKET NUMBER *(Rec. Court)*

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

Mr. Francisco Javier Castro Jr
[redacted]

DISTRICT
Central of California

DIVISION
Southern

NAME OF SENTENCING JUDGE
Frank R. Zapata

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | January 1, 2025 | December 31, 2030 |

OFFENSE
Count 4: Importation of Heroin, in violation 21 U.S.C. § 952(a), 21 U.S.C. § 960(a)(1) and 21 U.S.C. § 960(b)(1)(A)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Stable residence, employment and prosocial ties in the District of Nevada

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 9, 2026
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ______ DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 3, 2026
*Effective Date*

*United States District Judge*